IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT WALKER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:24-cv-01155-TC-ADM |
| ) | |
| JILL R. GILLETT, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBITS CONVENTIONALLY**

Defendants Jill R. Gillett, Eric Watts, and Amy Bliss in their individual capacities, and Sheriff Walker in his official capacity, move the Court for an Order granting them leave to file conventionally Exhibit 1 and Exhibit 2 to Defendants' Motion to Dismiss (Doc. 14). Each exhibit consists of video footage which Plaintiff Robert Walker, Jr. referenced and included screenshots therefrom in his Complaint, and which Defendants ask the Court to review for the reasons explained in their Motion to Dismiss (Doc. 14, p. 1-2). Defendants will provide these video exhibits to the Court and Plaintiff on a USB drive.

Therefore, Defendants request that their motion be granted and that they be allowed to file Exhibit 1 and Exhibit 2 to Defendant's Motion to Dismiss conventionally.

Respectfully submitted,

**/s/ Nathaniel T. Martens**
Nathaniel T. Martens, # 27179
FLEESON, GOOING, COULSON &
KITCH, L.L.C.
301 N. Main Street, Suite 1900
Wichita, Kansas  67201-0997
Telephone:  (316) 267-7361
Facsimile:  (316) 267-1754
E-Mail:  nmartens@fleeson.com
*Attorney for Defendants*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of February 2025, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all parties receiving electronic notice.

      **/s/ Nathaniel T. Martens**